UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TPI HOLDINGS, INC., and TRADER PUBLISHING COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:06-CV-1600-JTC |
| v. | ) ) | |
| WINFIELD DYCO HOLDINGS LTD, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' INITIAL DISCLOSURES**

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs TPI Holdings, Inc. and Trader Publishing Company (collectively, "TPI Holdings") hereby provide the following initial disclosures. These disclosures are made prior to discovery and after making a good faith inquiry and investigation as is reasonable under the circumstances. Plaintiffs' investigation is continuing and Plaintiffs reserve the right to correct or supplement these disclosures should Plaintiffs subsequently become aware of additional relevant information.

A.   The following individuals are likely to have discoverable information that TPI Holdings may use to support its claims or defenses (excluding persons who may be used solely for impeachment):

| Name | Subject |
|---|---|
| George P. Brooks<br>Executive Vice President,<br>Trader Publishing Company<br>and<br>President, Trader Publications, a division of Trader Publishing Company | TRADER marks, including adoption, promotion, registration, and use of, and goodwill associated with same; Plaintiffs' business and businesses in connection with which the TRADER marks are used; sales and marketing of goods and services in connection with TRADER marks |
| Ms. Brenda Lawrence<br>Intellectual Property Administrator | Plaintiffs' enforcement of its rights in the TRADER marks against third parties |
| Bridgette Cherry | Trader's data distribution program and communications with Defendant regarding same. |

B. TPI Holdings identifies the following general categories of documents, data compilations, and tangible things within Plaintiffs' "possession, custody, or control" that it may use to support its claims or defenses (excluding documents that may be used solely for impeachment). These documents are in the offices of Trader Publishing in Norfolk, Virginia. TPI Holdings reserves its objections to the production of specific documents and categories of documents until requested. In addition, entry of a protective order sufficient to protect TPI Holdings' confidential information will be necessary prior to production of any confidential documents.

    1.    Representative samples of uses of the TRADER Marks, including print publication and website uses;

US2000 9675177.1

    2.    Representative samples of marketing materials used in connection with the TRADER marks;

    3.    Representative samples of promotional materials used in connection with the TRADER marks;

    4.    Trademark registrations for Plaintiffs' TRADER marks;

    5.    Copies of screen shots from Defendant's websites.

C.    TPI Holdings is seeking those damages allowed under the Lanham Act, which include Defendant's profits and Plaintiffs' damages and attorneys' fees. TPI Holdings has not yet calculated the amounts to which it is entitled because the calculation will rely, in part, upon documents and information to be obtained from Defendant in discovery.

D.    TPI Holdings is unaware of any applicable insurance policy.

Respectfully submitted this 9th day of January, 2007.

        /s/ Sara Maurer
Judith A. Powell
Georgia Bar No. 586125
Sara Maurer
Georgia Bar No. 159056
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia  30309
(404) 815-6500  (telephone)
(404) 815-6555  (facsimile)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TPI HOLDINGS, INC., and TRADER PUBLISHING COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:06-CV-1600-JTC |
| v. | ) ) ) | |
| WINFIELD DYCO HOLDINGS LTD, | ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on January 9, 2007, a true and correct copy of the foregoing **PLAINTIFFS' INITIAL DISCLOSURES** was electronically filed with the Clerk of the Court using the CM/ECF systems which will automatically send notification of such filing to all attorneys of record.

/s/ Sara Maurer_____

US2000 9675177.1